

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-19-00653-CR

Jordan **CRANE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2002CR7712
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **February 19, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court